**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUSTIN MICHAEL KOEHLER, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CIV-25-1558-PRW |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

On February 4, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 9), recommending the Court dismiss Petitioner's 28 U.S.C. § 2241 petition (Dkt. 3) without prejudice because Petitioner failed to cure deficiencies identified in a January 2, 2026 Order. (*See* Dkt. 8).

Petitioner was advised that he had a right to object to the Report and Recommendation by February 25, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 9). No objections have been filed as of this date. Having failed to object, Petitioner has accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 9).[1]

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).

Upon review of the Report and Recommendation (Dkt. 9), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 9) issued by the Magistrate Judge on March 11, 2026, and

(2) **DISMISSES WITHOUT PREJUDICE** Petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED** this 25th day of September 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE